IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION

RICKY W. SPEARS, )
 )
v. ) 2:07-0052
 )
MICHAEL J. ASTRUE, Commissioner of Social )
 Security. )

**O R D E R**

  Before the Court is the Report and Recommendation of Magistrate Judge Brown in which he recommends Plaintiff's Motion for Judgment on the Administrative Record be denied and the decision of the Commissioner denying benefits be affirmed. Plaintiff has filed objections to the Report and Recommendation.

  The Court finds that the Administrative Law Judge's rejection of the opinion of Dr. Cox is sufficiently explained in the record and fully supported therein.

  For the reasons set forth in the Report and Recommendation, the Motion for Judgment by the Plaintiff, Document #8, is **DENIED** and the decision of the Commissioner is **AFFIRMED**.

  It is so **ORDERED**.

_____
Thomas A. Wiseman, Jr.
Senior U.S. District Judge